IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Troy Hewes

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Kickbrae Country Club

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. CA20-115

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

FILED 2020 MAR -6 A 11:29 DISTRICT OF RHODE ISLAND

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Troy Hewes
   Street Address: 72 Austin Ave
   City and County: Greenville
   State and Zip Code: Rhode Island 02828
   Telephone Number: (401) 241-3966
   E-mail Address: AcewoodFlooring@aol.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Kirkbrae Country Club
   Job or Title (if known):
   Street Address: 197 Old River Road
   City and County: Lincoln
   State and Zip Code: R.I. 02865
   Telephone Number: (401) 333-1300
   E-mail Address (if known):

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

41 U.S.C. #6503        2010 ADA Golf Course
42 U.S.C. #2000A
IRC 501C(7)
Title IX

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

   1.  The Plaintiff(s)

      a.  If the plaintiff is an individual

         The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

      b.  If the plaintiff is a corporation

         The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.  The Defendant(s)

      a.  If the defendant is an individual

         The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attached Statement of Claim*

_____
_____
_____
_____

III Statement of Claim

On December 10, 2019 Plaintiff entered into an agreement to become a member at Kirkbrae Country Club, paid in full, for the entirety of 2020 (Ex: 1A & 1B see attached Invoice & Ex: 1C & 1D Cancelled Check) which was then deposited into Kirkbrae Country Clubs bank account on 12/17/2019.

On December 19, 2019 Kirkbrae Country Clubs Board of Governor's voted unanimously to grant Plaintiffs request to become an Associate Single Golfing Member with a Social Family add on for 2020 (Ex: 2 see enclosed letter dated 12/19/19).
Also, see undated letter to Plaintiff assigning a Membership Number (enclosed).

On December 20, 2019 Letter (Ex: 3 enclosed) assessing Member $100.00 explaining the Article within Kirkbrae by Laws allowing for this Member Assessment.

Over the next several weeks Plaintiff and Associate utilized the services of Kirkbrae Country Club (Ex: 4A & 4B see attached statements).

On January 3, 2020 Plaintiff received a phone call from someone identifying themselves as "Ed" the President of Kirkbrae Country Club. Plaintiff & Associate were told they were no longer Members and were no longer welcome at Kirkbrae Country Club.

Plaintiff asserts this was a clear Violation of Breach of Contract as well as a Violation of Federal and State Public Accommodation Laws and the Guidelines of a Non-Profit.

Plaintiff and Associate have not received any rational as to why their Membership was voided as well as the Associate (Ex# 5A & 5B see enclosed letter).

5A

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See Attached Relief*

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/4, 20 20

Signature of Plaintiff: *Troy Hewes*
Printed Name of Plaintiff: Troy Hewes

B.   For Attorneys

Date of signing: _____, 20___.

6

IV Relief

Preliminary and Permanent Injunctive Relief: Enforcing the Contract between the Parties – Pro-rating dues to reflect lost days.

Damages: $2500.00 a month in loss Association income that the Plaintiff estimates were loss.
    Plaintiff based these damages on the 14 years of Private Club Memberships. Average income received at 2 previous Country Clubs.

Punitive: Simply put, the club does not want to abide by the law.
    Identifying as a bonafide Private Country Club receiving the advantages but living the day to day as a
Public Accommodation.
- A. Openly violating the Civil Rights of the Plaintiff and his Associate.
- B. Declaring Kirkbrae Country Club as a Public Accommodation.

6A