# A UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Troy Hewes | ) | |
| | ) | |
| Vs. | ) | C.A. 20-115-MSM |
| | ) | |
| Kirkbrae Country Club | ) | |

## JUDGMENT

[ ]  Jury Verdict. This action came before the Court for a trial by jury

[X]  Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Defendant pursuant to the Memorandum and Order entered by Judge Mary S. McElroy On May 18, 2020 GRANTING Defendant's Motion to Dismiss.**

            **Enter**:

**May 18, 2020**         **/s/ Hanorah Tyer-Witek**
               **Clerk of Court**